**Order entered April 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00243-CV**

**IN RE MARION R. MOSLEY, Relator**

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-57997-T**

**ORDER**

Before Justices Bridges, Osborne, and Reichek

Based on the Court's opinion of this date, we **DISMISS** this original proceeding for want of jurisdiction.

/s/ LESLIE OSBORNE
   JUSTICE